UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

RYAN BOARD,

        Plaintiff,           Case No. 2:20-cv-126

v.                                     Honorable Paul L. Maloney

KIRK RADTKE et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**, as the Court declines to exercise its supplemental jurisdiction over them.

Dated:   September 23, 2020                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                        United States District Judge